UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS JABORO and
SHAMS JABORO,

    Plaintiffs,

v.                                        Case No. 10-11686
                                          Honorable Patrick J. Duggan

WELLS FARGO BANK, N.A., and
BAC HOME LOAN SERVICING, LP,

    Defendants.
_____/

## **JUDGMENT**

This action arises from a mortgage loan for approximately $750,000, which Plaintiff Dennis Jaboro ("Mr. Jaboro") obtained to refinance property located at 24936 Hadlock Drive, Novi, Michigan ("Property"). Mr. Jaboro subsequently defaulted on the loan and foreclosure proceedings were instituted. On March 29, 2010, one day before a Sheriff's Sale was scheduled to occur, Mr. Jaboro and his wife, Shams Jaboro ("Plaintiffs"), initiated this action in the Circuit Court for Oakland County, Michigan, alleging various counts. Defendants removed Plaintiff's Complaint to this Court on April 26, 2010, and subsequently filed a motion for summary judgment. In an Opinion and Order issued on this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' Complaint is

**DISMISSED WITH PREJUDICE**.

DATE: December 20, 2010         s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Copies to:
Ziyad Kased, Esq.
Matthew J. Boettcher, Esq.
Patrick C. Lannen, Esq.